UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| PIERRO L. JACKSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| VS. | ) | |
| | ) | 3:07-CV-1546-G |
| JUDGE KEN TAPSCOTT, ET AL., | ) | |
| | ) | **ECF** |
| Defendants. | ) | |

## ORDER

After conducting a review of the pleadings, files and records in this case, and the findings and recommendation of the United States Magistrate Judge in accordance with 28 U.S.C. § 636(b)(1), I am of the opinion that the findings and recommendation of the Magistrate Judge are correct, and they are hereby **ACCEPTED** as the findings of the court.

**SO ORDERED**.

November 26, 2007.

_____
**A. JOE FISH**
**Senior United States District Judge**